UST-20, 2-97

DIANE M. MANN
29834 N. CAVE CREEK RD., #118-274
CAVE CREEK, AZ 85331
(480) 451-3053

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In Re: | ) | CHAPTER 7 |
| | ) | |
| CHRISTENSEN, SCOTT LEE | ) | CASE NO. 08-05107-PHX-SSC |
| CHRISTENSEN, JODI | ) | |
| | ) | TRUSTEE'S OBJECTION |
| | ) | TO PROOF OF CLAIM |
| | ) | AND NOTICE THEREON |
| Debtor(s). | ) | |

    COMES NOW <u>DIANE M. MANN</u>, duly appointed, qualified and acting trustee in the above-captioned estate, and objects to the following claim:
    No: 1A for $22,001.00 and No. 1B for $28,000.00 Filed on: 5/7/08 by or on behalf of
    Name: Caterpiller Financial
    Address: PO Box 340001, Nashville, TN 37230-0001
upon the following grounds:

__X___ Said claimant asserts a lien on certain property of the debtor's estate and said
    claimant has or should have looked to said property for payment of the debt thereby
    secured. These claims represent a judgment issued in CV 2007-022142 for repleven/breach of
    contract relative to a security interest in a Caterpillar TH460B. The entire claim for $50,001.00 is
    secured by this piece of machinery. The claim as filed does not indicate the equipment was sold.
    No part of this claim appears to be for a deficiency balance as a result of sale.

The trustee recommends said claim be treated as follows: Disallowed

    NOTICE IS GIVEN that the above claim be disallowed or allowed in the amount and with the priority as recommended above by the trustee unless on or before Nov. 4, 2008, (18) (15) days from service plus (3) days for mailing, the creditor EITHER:
    1. Sends, WITH A COPY OF THIS NOTICE, the proper documentation to the
    trustee AND receives from the trustee a withdrawal of objection;
OR
    2. Files and serves a response to the objection with the Clerk of the Court, and mails a copy thereof to the trustee at: 29834 N. CAVE CREEK RD., #118-274, CAVE CREEK, AZ 85331. If the claimant timely files and serves a response to the objection, the trustee shall request a hearing from the court, which hearing shall be held on at least 30 days notice to the claimant.
A true and exact copy of this objection has been forwarded on the date as appears below to the claimant at the address listed above.

 October 18, 2008                                                                                              /s/
Dated                                                                                              DIANE M. MANN, Trustee